IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRIAN J. KELLY, Debtor and
PAUL L. KELLY, Creditor,

   JUDGMENT IN A CIVIL CASE

 Appellants,

   Case No. 13-cv-633-bbc

v.

PETER F. HERRELL, Trustee,

 Appellee.

---

 This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

 IT IS ORDERED AND ADJUDGED that judgment is entered denying the bankruptcy appeal filed by debtor Brian Kelly and creditor Paul Kelly.

| /s/ | 3/19/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |