DOC NO
REC'D/FILED

2014 MAR 31 PM 1:13

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

BRIAN J. KELLY, Debtor, and
PAUL L. KELLY, Creditor,

               APPELLANTS,     File No. 3:13-cv-00633

v.

PETER F. HERRELL, Trustee,

               APPELLEE.

## NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR 7TH DISTRICT

Debtor and Creditor Appellants appeal to the United States Court of Appeals for the 7th Circuit from the final judgment of the District Court for the Western District of Wisconsin entered in this case as Document # 21 on March 19, 2014 denying appellants' appeal.

The parties to the Judgment appealed from and their respective attorneys are as follows:

Brian J. Kelly, Debtor
Paul L. Kelly, Creditor,    APPELLANTS    (Pro se)

E5088 880th Avenue
Boyceville, WI 54725

    & 

Peter F. Herrell, Trustee,    APPELLEE    Atty. Peter F. Herrell
Spangler Flory, LLP
526 Water Street
Eau Claire, WI 54701

Dated this 28th day of March, 2014.

*Brian Kelly*
Brian J. Kelly, Debtor/Appellant

*Paul L. Kelly*
Paul L. Kelly, Creditor/Appellant

Address:
    E5088 880th Avenue
    Boyceville, WI 54725

Tel. (715) 379-1172